Harlow G. Fredrick and Doris A. Fredrick, Appellees,
v. Thomas F. Walsh, Appellant.

Gen. No. 10,373.

Krusemark & Krusemark, for appellant; Wise & Wise, for appellees. Opinion by JUSTICE BRISTOW. Not to be published in full. Opinion filed February 21, 1950; released for publication March 13, 1950.

Lyle Monroe, Administrator of Estate of Joe R. Greer, Deceased, Appellee, v. Arthur Averkamp, Appellant.
United Moving and Storage, Inc., Appellee, v. Arthur Averkamp, Appellant.

Gen. No. 10,378.